# EXHIBIT F



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE   1959

CUSTOMER NO:  MYERS

WEBSITE AT:  www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 09/14/11 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 954776 | 09/08/11 | | 1959 |

| QUANTITY REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4 | 4 | | | SSAE8/6.2.102.5-70CW FILTER ASSEMBLY | 476.00 | 1904.00 |
| | | | | Invoice subtotal | | 1904.00 |
| | | | | Freight charges | | 28.35 |
| | | | | Invoice total | | 1932.35 |

125065W3035436/942

A finance charge of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts.

*Thank You*

UF000134



TESTED
INSPECTED AM

UNITED INT: IT  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

## United Filtration Systems, Inc

# Packing Slip

**Phone:** (586) 802-5561
**Fax:** (586) 802-5562
**WEBSITE AT:** www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com

Customer No.: MYERS
Order No.: 1959

Bill To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

Ship To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

## THANK YOU FOR YOUR ORDER!

SHIP DATE: 9/14/11

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 09/08/11 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|----------------------|---------------|--|------------------|
| 954776 | 09/08/11 | | 1959 |

| Required | Quantity Shipped | B/O | Item Number | Description |
|----------|------------------|-----|-------------|-------------|
| 4 | 4 | 0 | | SSAE8/6.2.102.5-70CW FILTER ASSEMBLY |

## ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

5436 1942

INS
$950

FRT
$26.35

5/6

16x16x6

UF000135

*W*

*1959*

# **M** *Myers & Co., Inc.*
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

# *PURCHASE ORDER*
September 7, 2011 3:10 PM
PO Type:    O

| Order # | 00954776 |
| Order Date | 09/07/2011 |
| Due Date | 09/07/2011 |
| Page | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights          , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**          VendFax:586-802-5562          Ph:    800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|-------|-------|----------|----------|
| JOHN NEIDIG | NET 30 | UPS GROUND | 09/07/2011 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|----|-----------|----------------------|-----|-----------|----------|
| 1 | 4 | UF-SSAE8/6.2.102.5-70CW | EACH | 476.00000 | $1,904.00 |
|   |   | COALESCING FILTER<br>316L SS, 5000PSIG<br>SAE8 ports, SAE6 drain<br>95% removal of .01 micron liquids/solids |   |   |   |

*$680⁰⁰ -30%*

*D —*
*Will you confirm price*
*+ delivery + give back*
*to me and I can email*
*John + tell him?*
*Lo*

          **Order Total:**          $1,904.00
*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000136



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com

# INVOICE 2535

CUSTOMER NO: MYERS



WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com

BILL TO:

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

SHIP TO:

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | | TERMS |
|---|---|---|---|---|
| 10/17/11 | UPS-GROUND | Origin | | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | | OUR ORDER NUMBER |
|---|---|---|---|---|
| 00965027 | 10/17/11 | | | 2535 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 2 | 2 | | SSAE8/6.2.102.5-70CW | SS FILTER ASSEMBLY | 476.00 | 952.00 |

|  |  |
|---|---|
| Invoice subtotal | 952.00 |
| Freight charges | 17.53 |
| Invoice total | 969.53 |

125065W303 53647949

A finance charge of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts.

*Thank You*

UF000138



*CS*
*OP*

UNITED INT: TI   RTS   DSR   PL   NP   NPB   FOH   FOD   FOA   FOJ   A   COC   COO

**United Filtration Systems, Inc**                    Packing Slip

**Phone: (586) 802-5561**                     Customer No.: MYERS
**Fax:    (586) 802-5562**                       Order No.:   2535
**WEBSITE AT: www.unitedfiltration.com** **E-MAIL: sales@unitedfiltration.com**

Bill To: MYERS & COMPANY, INC.              Ship To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE                              121 SEVENTH AVENUE
Valencia, PA 16059                              VALENCIA, PA 16059

*THANK YOU FOR YOUR ORDER!*                SHIP DATE: *10-17-11*

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/17/11 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|---|---|---|---|
| 00955027 | 10/17/11 | | 2535 |

| Quantity Required | Shipped | B.O. | Item Number | Description |
|---|---|---|---|---|
| 2 | 0 | | | SSAE8/6.2.102.5-70CW
SS FILTER ASSEMBLY |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

*IMS $8500*

*FRT $15.53*

*5364 7949*

*14x11x6 /25#*

UF000139

# **PURCHASE ORDER**

**M** *Myers & Co., Inc.*
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

October 14, 2011 4:12 PM

PO Type:    O

| Order # | 00955027 |
|---|---|
| Order Date | 10/14/2011 |
| Due Date | 10/14/2011 |
| Page | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights        , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**            VendFax:586-802-5562      **Ph:**  800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 10/14/2011 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 2 | UF-SSAE8/6.2.102.5-70CW | EACH | 476.00000 | $952.00 |
| | | COALESCING FILTER | | | |
| | | 316L SS, 5000PSIG | | | |
| | | SAE8 ports, SAE6 drain | | | |
| | | 95% removal of .01 micron liquids/solids | | | |
| | | 974500 | | | |

**Order Total:**        $952.00

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000140



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 2663

CUSTOMER NO: MYERS

WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 10/26/11 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00955082 | 10/25/11 | | 2663 |

| QUANTITY REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 2 | | | SSAE8/8.2.102.5-70CW SS FILTER ASSEMBLY | 476.00 | 952.00 |

|  |  |
|---|---|
| Invoice subtotal | 952.00 |
| Freight charges | 17.80 |
| Invoice total | 969.80 |

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000142



UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

## United Filtration Systems, Inc

# Packing Slip

**Phone: (586) 802-5561**
**Fax:    (586) 802-5562**
WEBSITE AT:  www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com

Customer No.:  MYERS
Order No.:    2663

Bill To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To:  MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA  16059

## *THANK YOU FOR YOUR ORDER!*

SHIP DATE: 10/26/11

| Date | Ship Via | F.O.B | Terms |
|------|----------|-------|-------|
| 10/25/11 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|-----------------------|---------------|--|------------------|
| 00955082 | 10/25/11 | | 2663 |

| Quantity | | | Item Number | Description |
|----------|--|--|-------------|-------------|
| Required | Shipped | B.O. | | |
| 2 | 2 | 0 | SSAE8/6.2.102.5-70CW | SS FILTER ASSEMBLY |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

INS
$15 00
FRT
$15.80
2 Boxes
14x11x6

UF000143

*bw*  2663

# PURCHASE ORDER

**M** *Myers & Co., Inc.*
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

October 24, 2011 2:24 PM
PO Type:    O

| | |
|---|---|
| **Order #** | 00955082 |
| **Order Date** | 10/24/2011 |
| **Due Date** | 10/24/2011 |
| **Page** | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights      , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**          VendFax:586-802-5562      Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 10/24/2011 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 2 | UF-SSAE8/6.2.102.5-70CW | EACH | 476.00000 | 952.00 |
| | | COALESCING FILTER | | | |
| | | 316L SS, 5000PSIG | | | |
| | | SAE8 ports, SAE6 drain | | | |
| | | 95% removal of .01 micron liquids/solids | | | |
| | | 974546 | | | |

*680°° - 30%*

*Shipping  10-25-11*

*Thank you
John,*

**Order Total:**            $952.00

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000144

 **UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 3126

**CUSTOMER NO:** MYERS

WEBSITE AT: www.unitedfiltration.com    E-MAIL:sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | | TERMS |
|---|---|---|---|---|
| 11/23/11 | UPS-GROUND | Origin | | Net 30 |

| PURCHASE ORDER NUMBER | | ORDER DATE | SALESPERSON | | OUR ORDER NUMBER |
|---|---|---|---|---|---|
| 00955229 | | 11/22/11 | | | 3126 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 10 | 8 | 2 | SSAE8/6.2.102.5-70CW | | 476.00 | 3808.00 |
| | | | | SS FILTER ASSEMBLY | | |

|  |  |
|---|---|
| Invoice subtotal | 3808.00 |
| Freight charges | 54.65 |
| Invoice total | 3862.65 |

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000146



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE  31261

CUSTOMER NO:  MYERS

**WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com**

| BILL TO: | SHIP TO: |
|---|---|
| MYERS & COMPANY, INC. | MYERS & COMPANY, INC. |
| 121 SEVENTH AVENUE | 121 SEVENTH AVENUE |
| Valencia, PA 16059 | VALENCIA, PA 16059 |

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 12/21/11 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00955220 | 11/22/11 | | 3126 |

| QUANTITY REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 2 | | | SSAE8/6.2.102.5-70CW SS FILTER ASSEMBLY | 476.00 | 952.00 |

|  |  |
|---|---|
| Invoice subtotal | 952.00 |
| Freight charges | 28.40 |
| Invoice total | 980.40 |

A finance charge of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts.

*Thank You*

UF000147

KR                                                                          NM

UNITED INT:   TI   RTS   DSR   PL   NP   NPB   (FOH)   FOD   FOA   FOJ   A   COC   COO

## United Filtration Systems, Inc

# Packing Slip

**Phone: (586) 802-5561**
**Fax:    (586) 802-5562**
**WEBSITE  AT:  www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com**

Customer No.:  MYERS
Order No.:   31261

Bill To:  MYERS & COMPANY, INC.
          121 SEVENTH AVENUE
          Valencia, PA  16059

Ship To:  MYERS & COMPANY, INC.
          121 SEVENTH AVENUE
          VALENCIA, PA  16059

## THANK YOU FOR YOUR ORDER!

SHIP DATE: 12/2/11

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 11/29/11 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|-----------------------|---------------|---|------------------|
| 00955229 | 11/29/11 | | 31261 |

| Quantity | | | Item Number | Description |
|----------|---------|-----|-------------|-------------|
| Required | Shipped | B.O. | | |
| 2 | 2 | 0 | | SSAE8/6.2.102.5-70CW<br>SS FILTER ASSEMBLY |

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

W/PO# 00955224

1Z80L6W3 035585 9332

950 TM.
$826.40

5203
12×11

UF000148





CS

UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

**United Filtration Systems, Inc**

**Packing Slip**

**Phone:  (586)  802-5561**
**Fax:      (586)  802-5562**
Customer No.:  MYERS
Order No.:    3126
**WEBSITE  AT:  www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com**

Bill To:  MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To:  MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA  16059

*THANK YOU FOR YOUR ORDER!*

SHIP DATE: *11-23-11*

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 11/22/11 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|---|---|---|---|
| 00955229 | 11/22/11 | | 3126 |

| Quantity Required | Shipped | Item Number | Description |
|---|---|---|---|
| 10 | *8*   *2* | SSAE8/6.2.102.5-70CW  SS FILTER ASSEMBLY | *✓ CS   2 boxes of 4 pcs.* |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

*Ins*
*#950.*
*ea. Box*

*Ship Partial ASAP* *Frt*
*# 52.65*

*Box 1 = 13×13×11 / 52#*

*Box 2 = 17×16×6 / 51#*

UF000149

NK                                                                    3126

# PURCHASE ORDER

November 17, 2011 4:06 PM

PO Type:    O

| | |
|---|---|
| Order # | 00955229 |
| Order Date | 11/17/2011 |
| Due Date | 11/17/2011 |
| Page | 1 of 1 |

**M Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights      , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**          VendFax:586-802-5562      Ph:    800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 11/17/2011 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 10 | UF-SSAE8/6.2.102.5-70CW | EACH | 452.20000 | $4,522.00 |
| | | COALESCING FILTER | | 476.00 | 4760.00 |
| | | 316L SS, 5000PSIG | | | |
| | | SAE8 ports, SAE6 drain | | | |
| | | 95% removal of .01 micron liquids/solids | | | |
| | | ***PLEASE REF QUOTE #QE1108R-D3*** | | | |

680.00 - 30%

Responded
by email

4760.00

Order Total:        $4,522.00

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000150



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 3377

**CUSTOMER NO:** MYERS

WEBSITE AT: www.unitedfiltration.com    E-MAIL:sales@unitedfiltration.com

| BILL TO: | SHIP TO: |
|---|---|
| MYERS & COMPANY, INC. | MYERS & COMPANY, INC. |
| 121 SEVENTH AVENUE | 121 SEVENTH AVENUE |
| Valencia, PA 16059 | VALENCIA, PA 16059 |

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 12/21/11 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00955224 | 12/09/11 | | 3377 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 2 | 2 | | | SSAE8/6.2.102.5-70CW | 476.00 | 952.00 |
| | | | | SS FILTER ASSEMBLY | | |

| | | |
|---|---|---|
| | Invoice subtotal | 952.00 |
| | Invoice total | 952.00 |

A finance charge of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts.

*Thank You*

UF000152




UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

**United Filtration Systems, Inc**

# Packing Slip

**Phone: (586) 802-5561**
**Fax:    (586) 802-5562**
Customer No.:  MYERS
Order No.:   3377
**WEBSITE AT:  www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com**

Bill To:  **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To:  **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
VALENCIA, PA  16059

*THANK YOU FOR YOUR ORDER!*                    SHIP DATE: 12/21/11

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 12/09/11 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|---|---|---|---|
| 00955224 | 12/09/11 | | 3377 |

| Required | Quantity Shipped | B.O. | Item Number | Description |
|---|---|---|---|---|
| 2 | 2 | 0 | SSAE8/6.2.102.5-70CW | SS FILTER ASSEMBLY |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

W/80# 00955228

UF000153

WT 3377

# *PURCHASE ORDER*

**December 8, 2011 1:51 PM**

PO Type:   O

 **Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph:  724-625-0003
Fx:  724-625-3077

| Order # | 00955224 |
|---------|----------|
| Order Date | 11/17/2011 |
| Due Date | 11/17/2011 |
| Page | 1 of 1 |

U-9009

**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights      , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**          VendFax:586-802-5562      Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|-------|-------|----------|----------|
| JOHN NEIDIG | NET 30 | UPS GROUND | 11/17/2011 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|----|-----------|----------------------|-----|-----------|----------|
| 1 | 2 | CF-SSAE8/6.2.102.5-70CW | EACH | 476.00000 | $952.00 |
|    |   | COALESCING FILTER | | | |
|    |   | 316L SS, 5000PSIG | | | |
|    |   | SAE8 ports, SAE6 drain | | | |
|    |   | 95% removal of .01 micron liquids/solids | | | |
|    |   | 1 WEEK | | | |
|    |   | 974832 | | | |

680" - 30%

*Responded by email*

|  | **Order Total:** | $952.00 |
|--|------------------|---------|

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000154



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com

# INVOICE 717

CUSTOMER NO:  MYERS

**WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com**

BILL TO:

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA  16059

SHIP TO:

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA  16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|------|----------|--------|-------|
| 06/17/11 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|------|------|------|------|
| 954362 | 06/16/11 | | 717 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 4 | 4 | | | SSAE8/6.2.102.5-70CW | 455.00 | 1820.00 |
| | | | | SS FILTER ASSEMBLY | | |

| | | |
|---|---|---|
| Invoice subtotal | | 1820.00 |
| Freight charges | | 27.50 |
| Invoice total | | 1847.50 |

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000155

 

UNITED INT: TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

## United Filtration Systems, Inc

# Packing Slip

**Phone: (586) 802-5561**
**Fax:   (586) 802-5562**
WEBSITE AT: www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com

Customer No.: MYERS
Order No.:   717

Bill To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA  16059

## THANK YOU FOR YOUR ORDER!

SHIP DATE: 6/17/11

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 06/16/11 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|-----------------------|---------------|---|------------------|
| 954362 | 06/16/11 | | 717 |

| Required | Quantity Shipped | B.O. | Item Number | Description |
|----------|------------------|------|-------------|-------------|
| 4 | 4 | 0 | SSAE8/6.2.102.5-70CW | SS FILTER ASSEMBLY |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

1 2 SD 65W3 034847 1808

5013

900 wis

$5 2580    16x16x8

UF000156



# *Myers & Co., Inc.*

121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

# *PURCHASE ORDER*

June 15, 2011 4:30 PM
PO Type:    O

| Order # | 00954362 |
|---|---|
| Order Date | 06/15/2011 |
| Due Date | 06/15/2011 |
| Page | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights         , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**           VendFax:586-802-5562      Ph:    800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 06/15/2011 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 4 | UF-SSAE8/6.2.102.5-70CW | EACH | 455.00000 | $1,820.00 |
|  |  | COALESCING FILTER |  |  |  |
|  |  | 316L SS, 5000PSIG |  |  |  |
|  |  | SAE8 ports, SAE6 drain |  |  |  |
|  |  | 95% removal of .01 micron liquids/solids |  |  |  |
|  |  | 973261 |  |  |  |

650 00 - 30%

*Responded by email*

**Order Total:**        $1,820.00

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000157



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com

 **9941**

**CUSTOMER NO:** MYERS

## WEBSITE AT: www.unitedfiltration.com  E-MAIL: sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
KNOX WESTERN
ATTN: MICHAEL GAYDOSH 814 459-2764
1111 BACON STREET
Erie, PA 16511

| DATE | SHIP VIA | F.O.B. | TERMS |
|------|----------|--------|-------|
| 05/25/11 | UPS-RED | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|-----------------------|-----------|-------------|------------------|
| 954068 | 04/26/11 | | 9941 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|---------|------|-------------|-------------|-----------|--------|
| REQUIRED | SHIPPED | B.O. | | | | |
| 4 | 4 | | | SSAE8/6.2.102.5-70CW | 455.00 | 1820.00 |
| | | | | SS FILTER ASSEMBLY | | |

| | |
|---|---|
| Invoice subtotal | 1820.00 |
| Freight charges | 32.33 |
| Invoice total | 1852.33 |

*125065W30148912380*

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000158

KK/LA                                                                    CPP

UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

**United Filtration Systems, Inc**

# Packing Slip

**Phone:** (586) 802-5561
**Fax:** (586) 802-5562

Customer No.: MYERS
Order No.: 9841

**WEBSITE AT:** www.unitedfiltration.com **E-MAIL:** sales@unitedfiltration.com

Bill To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA 16059

Ship To: **KNOX WESTERN**
ATTN: MICHAEL GAYDOSH 814
459-2754
1111 BACON STREET
Erie, PA 16511

**THANK YOU FOR YOUR ORDER!**

SHIP DATE: 5/25/11

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 04/25/11 | UPS-RED | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|---|---|---|---|
| 954068 | 04/25/11 | | 9841 |

| Quantity | | | Item Number | Description |
|---|---|---|---|---|
| Required | Shipped | B.O. | | |
| 4 | 4 | 0 | SSAE8/6.2.102.5-70CW | SS FILTER ASSEMBLY |

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

*Per Henryk, We pay to ship Red.
Charge Myers for Ground + $10.00*

*Ground 22.33*

*50#*
*7X12X5*

*Red = 95.76   10:30*
*82.31   3:00*

UF000159

KK



# PURCHASE ORDER

**M** **Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003 – John
Fx: 724-625-3077

April 21, 2011 9:57 AM
PO Type:    O

| | |
|---|---|
| **Order #** | 00954068 |
| **Order Date** | 04/21/2011 |
| **Due Date** | 04/21/2011 |
| **Page** | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights      , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**          VendFax:586-802-5562      Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 04/21/2011 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 4 | UF-SSAE8/6.2.76.5-70CW | EACH | 455.00000 | $1,820.00 |
| | | COALESCING FILTER | | | |
| | | 316L SS, 5000PSIG | | | |
| | | SAE8 ports, SAE6 drain | | | |
| | | 95% removal of .01 micron liquids/solids | | | |
| | | 972736 | | | |

$650 ⁰⁰ -302

SSAE8/6.2.102.5-70CW

SS Filter Assembly

***PER QUOTE #QE0304R-D8***          **Order Total:**      $1,820.00

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000160



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com

# INVOICE 3637

**CUSTOMER NO:** MYERS

WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 01/10/12 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00955391 | 12/28/11 | | 3637 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 2 | 2 | | | SSAE8/6.2-102.5-70CW SS FILTER ASSEMBLY | 476.00 | 952.00 |

| | | |
|---|---|---|
| Invoice subtotal | | 952.00 |
| Freight charges | | 19.08 |
| Invoice total | | 971.08 |

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000163





UNITED INT TI RTS DSR PL NP NPB FOH FOD FOA FOJ A COC COO

**United Filtration Systems, Inc**

**Phone: (586) 802-5561**
**Fax: (586) 802-5562**
**WEBSITE AT: www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com**

# Packing Slip

Customer No.: MYERS
Order No.: 3637

Bill To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA 16059

Ship To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
VALENCIA, PA 16059

## THANK YOU FOR YOUR ORDER!

SHIP DATE: 1/16/12

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 12/28/11 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|------|------|------|------|
| 00955391 | 12/28/11 | | 3637 |

| Quantity Required | Shipped | B/O | Item Number | Description |
|------|------|------|------|------|
| 2 | 2 | 0 | SSAE8/6.2-102.5-70CW | SS FILTER ASSEMBLY |

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

INS $500
FAT $17.08

ENGRAVE

13+11.5/27#

UF000164



*NM*    *363T*

# PURCHASE ORDER

**M** **Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

December 19, 2011 5:02 PM
PO Type:    O

| Order # | 00955391 |
| Order Date | 12/19/2011 |
| Due Date | 12/19/2011 |
| Page | 1 of 1 |

U-9009
TO: United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights    , MI 48314

SHIP TO: MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**

VendFax:586-802-5562    Ph:    800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 12/19/2011 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 2 | UF-SSAE8/6.2.102.5-70CW | EACH | 476.00000 | $952.00 |
|  |  | COALESCING FILTER |  |  |  |
|  |  | 316L SS, 5000PSIG |  |  |  |
|  |  | SAE8 ports, SAE6 drain |  |  |  |
|  |  | 95% removal of .01 micron liquids/solids |  |  |  |
|  |  | 975160 |  |  |  |

*680⁰⁰ 30%*

*Delivery is
around 3 weeks.*

*Responded by
email*

Order Total:    $952.00

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000165



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com

# INVOICE 4107

CUSTOMER NO: MYERS

WEBSITE AT: www.unitedfiltration.com   EMAIL:sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
KNOX WESTERN
ATTN: MICHAEL GAYDOSH 814-218-9397
1111 BACON STREET
Erie, PA 16511

| DATE | SHIP VIA | F.O.B. | | TERMS |
|---|---|---|---|---|
| 01/27/12 | UPS-RED FC SAT | Origin | | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | | OUR ORDER NUMBER |
|---|---|---|---|---|
| 009? | 01/27/12 | | | 4107 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 8 | 8 | | 570-25-102-70C | COALESCING FILTERS | 29.40 | 235.20 |
| | | | | EACH | | |
| | | | | RED/SATURDAY DELIVERY | | |
| | | | | // CF8-55W | | |

| | |
|---|---|
| Invoice subtotal | 235.20 |
| Invoice total | 235.20 |

Knox Western
Chuck
(814) 218-9397

570-25-102-70C
Qty. 8

For Pick-Up Today ??

*Thank You*

UF000166

RX

UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

## United Filtration Systems, Inc

# Packing Slip

**Phone: (586) 802-5561**
**Fax:    (586) 802-5562**
WEBSITE  AT:  www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com

Customer No.: MYERS
Order No.:   4107

Bill To:  **MYERS & COMPANY, INC.**
         121 SEVENTH AVENUE
         Valencia, PA  16059

Ship To:  **KNOX WESTERN**
          ATTN: MICHAEL GAYDOSH
          814-218-9397
          1111 BACON STREET
          Erie, PA  16511

### *THANK YOU FOR YOUR ORDER!*

SHIP DATE:  1-27-12

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 01/27/12 | UPS-RED FC SAT | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|----------------------|---------------|--|------------------|
| 00955579 | 01/27/12 | | 4107 |

| Quantity Required | Shipped | B.O. | Item Number | Description |
|-------------------|---------|------|-------------|-------------|
| 8 | 8 | 0 | | 570-25-102-70C COALESCING FILTERS EACH |
| | | | | RED/SATURDAY DELIVERY # 6F8-95W |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

2 #          11 x 9 x 7

44-5331.48#

UF000167

_KIL_

# PURCHASE ORDER

**Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

January 27, 2012 3:11 PM
PO Type:  D

*(handwritten: 4/07 circled)*

| | |
|---|---|
| **Order #** | 00955579 |
| **Order Date** | 01/27/2012 |
| **Due Date** | 01/27/2012 |
| **Page** | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights        , MI 48314

**SHIP TO:** KNOX WESTERN WEST
1111 BACON STREET

ERIE, PA 16511

**Confirmed With:**          VendFax: 586-802-5562     Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS RED COLLECT | 01/27/2012 |
| | | 6F895W | |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 8 | UF-570-25-102-70C | EACH | 29.40000 | $235.20 |
| | | COALESCING ELEMENT | | | |
| | | 975564 | | | |

*(handwritten: 42-30%)*

*(handwritten: Plug 4ec for Bob  1/30/12)*

*(handwritten: being picked up)*

***PLEASE SHIP THIS TODAY UPS RED SAT ON ACCOUNT #6F895W***PHONE #814-218-9397***

**Order Total:**          $235.20

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000168



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 4127

**CUSTOMER NO:** MYERS

WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com

**BILL TO:**

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|------|----------|--------|-------|
| 01/30/12 | PICKED UP | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|------|------|------|------|
| 00955579 | 01/30/12 | | 4127 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 4 | 4 | | 570-25-102-70C | COALESCING FILTER | 29.40 | 117.60 |
| | | | | EACH | | |
| | | | | THESE 4 PCS ARE BEING PICKED | | |
| | | | | UP AND ARE IN ADDITION TO | | |
| | | | | THE 8 SHIPPED 1/27/2012 | | |

Invoice subtotal 117.60

Invoice total 117.60

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*





*Per John Neidig — Use same PO as our inv # 4107.*

UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

**United Filtration Systems, Inc**

# Packing Slip

**Phone: (586) 802-5561**
**Fax:     (586) 802-5562**
**WEBSITE  AT:  www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com**

Customer No.:  MYERS
Order No.:   4127

Bill To:  **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To:  **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
VALENCIA, PA  16059

## *THANK YOU FOR YOUR ORDER!*

SHIP DATE: 1/30/12

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 01/30/12 | PICKED UP | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|----|----|----|----|
| 00955579 | 01/30/12 | | 4127 |

| Quantity Required | Shipped | B.O. | Item Number | Description |
|----|----|----|----|----|
| 4 | 4 | 0 | 570-25-102-70C | COALESCING FILTER |
| | | | | EACH |

THESE 4 PCS ARE BEING PICKED UP AND ARE IN ADDITION TO THE 8 SHIPPED 1/27/2012

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

X *Rodney Kunich*

_K UT_        4127

# PURCHASE ORDER

**M** **Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

January 27, 2012 3:11 PM

PO Type: D 

| | |
|---|---|
| **Order #** | 00955579 |
| **Order Date** | 01/27/2012 |
| **Due Date** | 01/27/2012 |
| **Page** | 1 of 1 |

U-9009

**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights   , MI 48314

**SHIP TO:** KNOX WESTERN WEST
1111 BACON STREET

ERIE, PA 16511

_Plu_

**Confirmed With:**      VendFax:586-802-5562     Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS RED COLLECT | 01/27/2012 |
| | | 6F895W | |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 8 | UF-570-25-102-70C | EACH | 29.40000 | $235.20 |
| | | COALESCING ELEMENT | | | |
| | | 975564 | | | |

_42-3000_

_Plug 4ea per Bob_
_1/30/12_

_being picked up_

***PLEASE SHIP THIS TODAY UPS RED SAT ON ACCOUNT
#6F895W***PHONE #814-218-9397***

**Order Total:**     $235.20

_Please acknowledge receipt of Purchase Order with estimated ship dates_

UF000172



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 5528

**CUSTOMER No:** MYERS

**WEBSITE AT: www.unitedfiltration.com    E-MAIL:sales@unitedfiltration.com**

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
MADERA UNIFIED SCHOOL DISTRICT
C/O: CHUCK CHERNICKY
1200 GILL AV
Madera, CA 93637

| DATE | SHIP VIA | F.O.B. | TERMS |
|------|----------|--------|-------|
| 04/20/12 | FREIGHT COLLECT | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|-----------------------|------------|-------------|------------------|
| 00900031 | 04/20/12 | | 5528 |

| REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|---------|------|-------------|-------------|------------|--------|
| 2 | 2 | | UHPC5V | CARBON STEEL HOUSING | 372.00 | 744.00 |
| 2.000 | 2.000 | | 76-304-RC | REINFORCED FILTER ELEMENT EACH | 19.2000 | 38.40 |
| | | | | UPS RED COLLECT #6F895W | | |

| | |
|---|---|
| Invoice subtotal | 782.40 |
| Invoice total | 782.40 |

125065W3015530 7182

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.



UF000173



**United Filtration Systems, Inc**

# Packing Slip

**Phone: (586) 802-5561**
**Fax:    (586) 802-5562**
WEBSITE AT: www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com

Customer No.: MYERS
Order No.:   5528

Bill To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To: **MADERA UNIFIED SCHOOL  DISTRICT**
C/O: CHUCK CHERNICKY
1200 GILL AV
Madera, CA  93637

## THANK YOU FOR YOUR ORDER!

SHIP DATE: 4/20/12

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 04/20/12 | FREIGHT COLLECT | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|---|---|---|---|
| 00956051 | 04/20/12 | | 5528 |

| Quantity Required | Shipped | B/O | Item Number | Description |
|---|---|---|---|---|
| 2 | 2 | | UHPC5V | CARBON STEEL HOUSING |
| 2.000 | | | 76-304-RC | REINFORCED FILTER ELEMENT EACH |

ELEMENT INSTALLED

UPS RED COLLECT
# 6F895W

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

01 5530 7182

56#

15X8X15

UF000174

UNITED INT:  TI   RTS   DSR   PL   NP   NPB   FOH   FOD   FOA   FOJ   A   COC   COO

*5528*

# PURCHASE ORDER

**M** **Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

April 20, 2012 11:28 AM
PO Type:   D

| Order # | 00956051 |
| Order Date | 04/20/2012 |
| Due Date | 04/20/2012 |
| Page | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights          , MI 48314

**SHIP TO:** MADERA UNIFIED SCHOOL DISTRICT
ATTN: CHUCK CHERNICKY
1200 GILL AV
MADERA, CA 93637

**Confirmed With:**              VendFax:586-892-5562      Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|-------|-------|----------|----------|
| JOHN NEIDIG | NET 30 | UPS RED COLLECT | 04/20/2012 |
| | | 6F895W | |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|----|-----------|----------------------|-----|-----------|----------|
| 1 | 2 | UF-UHPC5V-RC | EACH | 391.20000 | $782.40 |
| | | COALESCING FILTER | | | |
| | | Carbon Steel housing, 5800PSIG | | | |
| | | SAE8 ports, SAE6 drain | | | |
| | | 76-304-RC Coalescing cartridge | | | |
| | | 95% removal of .01 micron liquids/solids | | | |
| | | 976601 | | | |

**RECEIVED**
APR 2 0 2012
By: Dick

2    UHPC5V

2    76-304-RC

*Knox Western*
*1111 Bacon St*
*Erie, PA 16511*

*1-800 233*
*Trish 5208*

***PLEASE REF JOB #KW14181 ON PACK SLIP AND SHIP UPS RED      Order Total:         $782.40
THIRD PARTY ON ACCOUNT 6F895W***PHONE # FOR CUSTOMER
IS 814-218-9397***

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000175



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE  5534

CUSTOMER No: MYERS

WEBSITE AT: www.unitedfiltration.com    E-MAIL:sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA  16059

**SHIP TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA  16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 04/23/12 | CUST. PICK UP | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00956052 | 04/20/12 | | 5534 |

| REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 8 | 6 | 2 | UHPC5V | CARBON STEEL HOUSING | 372.00 | 2232.00 |
| 8.000 | 6.000 | 2.000 | 76-304-RC | REINFORCED FILTER ELEMENT EACH | 19.2000 | 115.20 |
| | | | | KNOX WESTERN TO PICK UP REF  P.O # 28479-00 | | |

| | |
|---|---|
| Invoice subtotal | 2347.20 |
| Invoice total | 2347.20 |

A finance charge of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts.

*Thank You*



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 55341

CUSTOMER NO: MYERS

WEBSITE AT: www.unitedfiltration.com    E-MAIL:sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA  16059

**SHIP TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA  16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 05/01/12 | CUST. PICK UP | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00956052 | 04/20/12 | | 5534 |

| QUANTITY REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 2 | | UHPC5V | CARBON STEEL HOUSING | 372.00 | 744.00 |
| 2.000 | 2.000 | | 76-304-RC | REINFORCED FILTER ELEMENT EACH | 19.2000 | 38.40 |
| | | | | KNOX WESTERN TO PICK UP REF  P.O # 28479-00 | | |

Invoice subtotal 782.40

Invoice total 782.40

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000177



UNITED INT: TI RTS DSR PL NP NPB FOH FOD FOA FOJ A COC COO

**United Filtration Systems, Inc**

# Packing Slip

**Phone: (586) 802-5561**
**Fax:    (586) 802-5562**
**WEBSITE AT: www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com**

Customer No.: MYERS
Order No.:   55341

Bill To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
VALENCIA, PA  16059

## *THANK YOU FOR YOUR ORDER!*

SHIP DATE: 5/1/12

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 04/27/12 | CUST. PICK UP | Origin | Net 30 |

| Purchase Order Number | Required Date | Our Order Number |
|---|---|---|
| 00956052 | 04/27/12 | 55341 |

| Quantity Required | Shipped | B.O. | Item Number | Description |
|---|---|---|---|---|
| 2 | 2 | 0 | UHPC5V | CARBON STEEL HOUSING |
| 2.000 | 2 | 0 | 76-304-RC | REINFORCED FILTER ELEMENT EACH |

PICK UP BY WESTERN KNOX
CUST. PO# 28479-00

*Yes ELEMENT INSTALLED*

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

*PICK UP W/PO# 00956069 (#5573)*

UF000178



KM

# Packing Slip  CPR

**United Filtration Systems, Inc**

Phone: (586) 802-5561
Fax:    (586) 802-5562
WEBSITE AT: www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com

Customer No.: MYERS
Order No.:   5534

Bill To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA 16059

Ship To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
VALENCIA, PA 16059

## *THANK YOU FOR YOUR ORDER!*

SHIP DATE: 4-23-12

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 04/20/12 | CUST. PICK UP | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|---|---|---|---|
| 00956052 | 04/20/12 | | 5534 |

| Quantity Required | Shipped | B.O. | Item Number | Description |
|---|---|---|---|---|
| 8 | 6 | 2 | UHPC5V | CARBON STEEL HOUSING |
| 8.000 | 6 | 2 | 76-304-RC | REINFORCED FILTER ELEMENT EACH |

ELEMENTS INSTALLED

KNOX WESTERN TO PICK
UP REF P.O # 28479-00

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

P.U
2 PCS
from P.O

956069

5573

X _(signature)_

*5534.*

# PURCHASE ORDER

April 20, 2012 11:34 AM

PO Type:   O

**M** **Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

U-9009

**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights    , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**          VendFax:586-802-5562     Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | CUSTOMER PICK UP | 04/20/2012 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 4 | UF-UHPC5V-RC | EACH | 391.20000 | $1,564.80 |
|  |  | COALESCING FILTER<br>Carbon Steel housing, 5800PSIG<br>SAE8 ports, SAE6 drain<br>76-304-RC Coalescing cartridge<br>95% removal of .01 micron liquids/solids<br>JOB #KW14194-5<br>976604 |  |  |  |
| 2 | 4 | UF-UHPC5V-RC | EACH | 391.20000 | $1,564.80 |
|  |  | COALESCING FILTER<br>Carbon Steel housing, 5800PSIG<br>SAE8 ports, SAE6 drain<br>76-304-RC Coalescing cartridge<br>95% removal of .01 micron liquids/solids<br>JOB #14186-7<br>976604 |  |  |  |

RECEIVED
APR 20 2012
BY: Dirk

$372.00

8   UHPC5V         $620⁰⁰ -40%    2976.00

8   76-304-RC      $32⁰⁰ $19.20  19.20
                          -40%    153.60

**Order Total:**     $3,129.60

***KNOX WESTERN TO PICK UP AT UNITED
FILTRATION***PLEASE REF PO #28479-00 ON PACK SLIP***
*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000180



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE  5573

CUSTOMER No: MYERS

**WEBSITE AT: www.unitedfiltration.com    E-MAIL:sales@unitedfiltration.com**

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
KNOX WESTERN
P.O. KW14200-1
1111 BACON STREET
Erie, PA 16511

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 04/30/12 | FREIGHT COLLECT | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00956069 | 04/24/12 | | 5573 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 4 | 2 | 2 | UHPC5V | CARBON STEEL HOUSING | 372.00 | 744.00 |
| 4.000 | 2.000 | 2.000 | 76-304-RC | REINFORCED FILTER ELEMENT EACH | 19.2000 | 38.40 |
| | | | | REF: P.O 28480-00 | | |
| | | | | UPS GROUND COLLECT # 6F895W | | |

Invoice subtotal     782.40

Invoice total     782.40

125065W30 354180987

A finance charge of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts.

*Thank You*

UF000181



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE  55731

CUSTOMER No:  MYERS

WEBSITE AT:  www.unitedfiltration.com    E-MAIL:sales@unitedfiltration.com

BILL TO:

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

SHIP TO:

KNOX WESTERN
P.O. KW14200-1
1111 BACON STREET
Erie, PA 16511

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 05/01/12 | FREIGHT COLLECT | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | | OUR ORDER NUMBER |
|---|---|---|---|---|
| 00956069 | 04/24/12 | | | 5573 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 2 | 2 | | UHPC5V | CARBON STEEL HOUSING | 372.00 | 744.00 |
| 2.000 | 2.000 | | 76-304-RC | REINFORCED FILTER ELEMENT EACH | 19.2000 | 38.40 |
| | | | | REF: P.O 28480-00 | | |
| | | | | UPS GROUND COLLECT # 6F895W | | |

Invoice subtotal     782.40

Invoice total     782.40

A finance charge of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts.

*Thank You*

UF000182

KK

Ag

**United Filtration Systems, Inc**

# Packing Slip

**Phone: (586) 802-5561**
**Fax:    (586) 802-5562**
**WEBSITE AT:** www.unitedfiltration.com **E-MAIL: sales@unitedfiltration.com**

Customer No.: MYERS
Order No.:   55731

Bill To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To: **KNOX WESTERN**
P.O. KW14200-1/00956069
1111 BACON STREET
Erie, PA  16511

## THANK YOU FOR YOUR ORDER!

SHIP DATE: 5-1-12

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 05/01/12 | PICK UP | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|-----------------------|---------------|--|------------------|
| 00956069 | 05/01/12 | | 55731 |

| Quantity Required | Shipped | B.O. | Item Number | Description |
|-------------------|---------|------|-------------|-------------|
| 2 | 2 | 0 | UHPC5V | CARBON STEEL HOUSING |
| 2.000 | 2 | 0 | 76-304-RC | REINFORCED FILTER ELEMENT EACH |

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

*Proof of pick up on # 55341*

KM $\iota$S

**United Filtration Systems, Inc**

# Packing Slip

**Phone: (586) 802-5561**
**Fax:    (586) 802-5562**
**WEBSITE AT: www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com**

Customer No.: MYERS

Order No.:   5573

Bill To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA 16059

Ship To: **KNOX WESTERN**
P.O. KW14200-1
1111 BACON STREET
Erie, PA 16511

## THANK YOU FOR YOUR ORDER!

SHIP DATE: 4-30-12

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 04/24/12 | FREIGHT COLLECT | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|---|---|---|---|
| 00956069 | 04/24/12 | | 5573 |

| Quantity Required | Shipped | B/O | Item Number | Description |
|---|---|---|---|---|
| 4 | 2 | 2 | UHPC5V | CARBON STEEL HOUSING /i8 |
| 4.000 | 2 | 2 P.U. | 76-304-RC | REINFORCED FILTER ELEMENT /i8 EACH |

INS 400

REF: P.O 28480-00

UPS GROUND
COLLECT # 6F895W

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

Hold  2  Each For

Pick Up

Pick up w/ PO# 00956052 (#5534)

Proob ob P.U.
on #5534

55#
19X14X7

UF000184

5573

# PURCHASE ORDER

April 24, 2012 9:28 AM
PO Type:    D

| | |
|---|---|
| Order # | 00956069 |
| Order Date | 04/24/2012 |
| Due Date | 04/24/2012 |
| Page | 1 of 1 |

**M** **Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph:  724-625-0003
Fx:  724-625-3077

U-9009
TO: United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights          , MI 48314

SHIP
TO:   KNOX WESTERN WEST
1111 BACON STREET
JOB # KW14200-1
ERIE, PA 16511

Confirmed With:                    VendFax:586-802-5562      Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS COLLECT | 04/24/2012 |
| | | 6F895W | |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 4 | DK UHPC5V-RC | EACH | 391.20000 | $1,564.80 |
| | | COALESCING FILTER | | OK | OK |
| | | Carbon Steel housing, 5800PSIG | | | |
| | | 76-304-RC Coalescing cartridge | | | |
| | | 95% removal of .01 micron liquids/solids | | | |
| | | 976605 | | | |

UHPC5V          $620.⁰⁰ - 40% = $372.⁰⁰ each

76-304-RC       $32.⁰⁰ - 40% = $19.²⁰ each

Ship by 5/1/12
Thank you
Jennifer

***PLEASE REF PO #28480-00 ON PACK SLIP AND SHIP UPS
GROUND COLLECT ON ACCT #6F895W***

Order Total:        $1,564.80   OK

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000185



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE  6088

CUSTOMER NO:  MYERS

**WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com**

**BILL TO:**

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA  16059

**SHIP TO:**

KNOX WESTERN
PO# 28556-00  /  JOB# KW14203-4
1111 BACON STREET
Erie, PA  16511

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 05/25/12 | FREIGHT COLLECT | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00956169 | 05/24/12 | | 6088 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 4 | 4 | | UHPC5V | CARBON STEEL HOUSING 586-UHPC5V-RC | 456.40 | 1825.60 |
| | | | | UPS COLLECT # 6F8-95W | | |

| | |
|---|---|
| Invoice subtotal | 1825.60 |
| Freight charges | 43.20 |
| Invoice total | 1868.80 |

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000186

UNITED INT: TI   RTS   DSR   PL   NP   NPB   FOH   FOD   FOA   FOJ   A   COC   COO

**United Filtration Systems, Inc**

# Packing Slip

**Phone: (586) 802-5561**
**Fax:    (586) 802-5562**
**WEBSITE AT:** www.unitedfiltration.com **E-MAIL:** sales@unitedfiltration.com

Customer No.: MYERS

Order No.:   6088

Bill To: **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To: **KNOX WESTERN**
PO# 28556-00 / JOB# KW14203-4
1111 BACON STREET
Erie, PA  16511

## *THANK YOU FOR YOUR ORDER!*

SHIP DATE: 5-25-12

| Date | Ship Via | | F.O.B | | Terms |
|---|---|---|---|---|---|
| 05/24/12 | FREIGHT COLLECT | | Origin | | Net 30 |

| Purchase Order Number | | Required Date | | | Our Order Number |
|---|---|---|---|---|---|
| 00956169 | | 05/24/12 | | | 6088 |

| Quantity Required | Shipped | B.O. | Item Number | Description | |
|---|---|---|---|---|---|
| 4 | 4 | 0 | UHPC5V | CARBON STEEL HOUSING 586-UHPC5V-RC | |

UPS COLLECT # 6F8-95W

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

UF000187

KK                                    Dirk

# Myers & Co., Inc.
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

# PURCHASE ORDER
May 15, 2012 2:27 PM
PO Type:    D

| Order # | 00956169 |
| Order Date | 05/15/2012 |
| Due Date | 05/15/2012 |
| Page | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights        , MI 48314

6088

**SHIP TO:** KNOX WESTERN WEST
1111 BACON STREET
JOB #KW14203-4
ERIE, PA 16511

**Confirmed With:**          VendFax:586-802-5562     Ph:    800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 05/15/2012 |
| | | 6F895W | |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 4 | UF-UHPC5V-RC | EACH | 391.20000 | $1,564.80 |

COALESCING FILTER
Carbon Steel housing, 5800PSIG
76-304-RC Coalescing cartridge
95% removal of .01 micron liquids/solids
976707

652 - 302

456.40

UHPC5V-RC

-586-UHPC5V-RC

RECEIVED
MAY 2 4 2012
BY:_____

***PLEASE REF PO #28556-00 ON PACK SLIP AND SHIP UPS
COLLECT ON ACCT #6F895W***
*Please acknowledge receipt of Purchase Order with estimated ship dates*

Order Total:     $1,564.80

$1,825.60

UF000188



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 93381

CUSTOMER NO: MYERS

**WEBSITE AT: www.unitedfiltration.com  E-MAIL: sales@unitedfiltration.com**

BILL TO:
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

SHIP TO:
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|------|----------|--------|-------|
| 11/19/12 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|-----------------------|------------|-------------|------------------|
| 00956983 | 10/12/12 | | 93381 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|---------|------|-------------|-------------|------------|--------|
| REQUIRED | SHIPPED | B.O. | | | | |
| 1 | 1 | | SL-38-178-RC | REINFORCED FILTER ELEMENT | 36.40 | 36.40 |
| | | | | EACH | | |

|  |  |
|--|--|
| Invoice subtotal | 36.40 |
| Freight charges | 8.75 |
| Invoice total | 45.15 |

*Paul*

A finance charge of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts.

*Thank You*

UF000190

KK

CS
CPR

UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

**United Filtration Systems, Inc**

# Packing Slip

**Phone:  (586) 802-5561**
**Fax:     (586) 802-5562**

Customer No.:  MYERS
Order No.:  93381

**WEBSITE  AT:  www.unitedfiltration.com  E-MAIL:  sales@unitedfiltration.com**

Bill To:  MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To:  MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA  16059

*THANK YOU FOR YOUR ORDER!*

SHIP DATE: 11-19-12

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 10/12/12 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|------|------|------|------|
| 00956983 | 10/12/12 | | 93381 |

| Quantity Required | Shipped | B.O. | Item Number | Description |
|------|------|------|------|------|
| 1 | 1 | 0 | SL-38-178-RC | REINFORCED FILTER ELEMENT |
| | | | | EACH |

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

Frt.  6.75
2.00
.75
8.

12 x 9 x 7

UF000191



CPR

UNITED INT:  TI   RTS   DSR   PL   NP   NPB   FOH   FOD   FOA   FOJ   A   COC   COO

## United Filtration Systems, Inc

**Phone: (586) 802-5561**
**Fax:      (586) 802-5562**
**WEBSITE  AT:  www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com**

# Packing Slip

Customer No.: MYERS
Order No.:   9338

Bill To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA  16059

### *THANK YOU FOR YOUR ORDER!*

SHIP DATE: 10/11/12

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 10/08/12 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | Our Order Number |
|-----------------------|---------------|------------------|
| 00956983 | 10/08/12 | 9338 |

| Quantity | | | Item Number | Description |
|----------|--|--|-------------|-------------|
| Required | Shipped | B.O. | | |
| 3 | 3 | 0 | 586-UHPC5V-RC | CARBON STEEL FILTER HOUSING |
| 3 | 2 | 1 | SL-38-178-RC | REINFORCED FILTER ELEMENT |

FNt $49.69

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

Ins w50
3XUHP Box 1 # 78#
12 x 12 x 14
2x SL-38 Box 2 14x11x6
2LBS

UF000192

_M_ (handwritten)

# PURCHASE ORDER

**9338** (handwritten)

October 8, 2012 12:25 PM

PO Type:  O

**M** Myers & Co., Inc.
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

| | |
|---|---|
| Order # | 00956983 |
| Order Date | 10/08/2012 |
| Due Date | 10/08/2012 |
| Page | 1 of 1 |

U-9009

**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights  , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**          VendFax:586-802-5562     Ph:  800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 10/08/2012 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| X | 3 | 586-UHPC5V-RC *N/S* — *Carbon Steel Filter Housing* | EACH | 456.40000 | $1,369.20  *OK* |
| | | COALESCING FILTER Carbon Steel housing, 5800PSIG 76-304-RC Coalescing cartridge 95% removal of .01 micron liquids/solids | | *$652.00 -30%* | |
| X | 3 | SL-38-178-RC *N/S* — *Reinforced Filter Element* | EACH | 36.40000 | $109.20  *OK* |
| | | REINFORCED FILTER ELEMENT FOR 586-UHPC5V-RC HOUSING | | *$52.00 -30%* | |

*Ship by 10/9/12*
*Thank You*
*Jennifer*

*10/05*
*Back order*
*Should Ship*
*Out week*
*Of the*
*NOV 5th*
*per AARON*

| | |
|---|---|
| Order Total: | $1,478.40 *OK* |

*Please acknowledge receipt of Purchase Order with estimated ship dates*



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com

# INVOICE 289

CUSTOMER NO: MYERS

WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 12/07/12 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00957271 | 12/03/12 | | 289 |

| QUANTITY REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 2 | | 586-UHPC5V-RC | CARBON STEEL FILTER HOUSING (EACH) | 456.40 | 912.80 |

|  |  |
|---|---|
| Invoice subtotal | 912.80 |
| Freight charges | 26.37 |
| Invoice total | 939.17 |

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000195

*Km*

*COR*

UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

## United Filtration Systems, Inc

# Packing Slip

**Phone: (586) 802-5561**
**Fax:     (586) 802-5562**
WEBSITE AT:  www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com

Customer No.: MYERS
Order No.:    289

Bill To:  **MYERS & COMPANY, INC.**
          121 SEVENTH AVENUE
          Valencia, PA  16059

Ship To:  **MYERS & COMPANY, INC.**
          121 SEVENTH AVENUE
          VALENCIA, PA  16059

## *THANK YOU FOR YOUR ORDER!*

SHIP DATE: 12/7/12

| Date | Ship Via | F.O.B. | Terms |
|------|----------|--------|-------|
| 12/03/12 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|------|------|------|------|
| 00957271 | 12/03/12 | | 289 |

| Quantity Required | Shipped | Item Number | Description |
|------|------|------|------|
| 2 | 2  0 | 586-UHPC5V-RC | CARBON STEEL FILTER HOUSING  (EACH) |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

12-11-12
Beth
Charged
Invoice
# from 289
# 388 to 289

24.37
2.00
26.37

IRS
4000
450

$  56#
12 X 12 X 20

UF000196

289

# PURCHASE ORDER

November 30, 2012 5:11 PM

PO Type: O



**M** Myers & Co., Inc.
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

| Order # | 00957271 |
| Order Date | 11/30/2012 |
| Due Date | 11/30/2012 |
| Page | 1 of 1 |

U-9009

**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**    VendFax:586-802-5562    Ph: 800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 11/30/2012 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| X | 2 | UF-586-UHPC5V-RC | EACH | 456.40000 | $912.80 OK |
| | | COALESCING FILTER | | | |
| | | Carbon Steel housing, 5800PSIG | | $652.00 -30% | |
| | | 76-304-RC Coalescing cartridge | | | |
| | | 95% removal of .01 micron liquids/solids | | | |

UHPC5V
=> 586-UHPC5V-RC

Ship by 12/4/12
Thank You
Jennifer

**Order Total:**    $912.80 OK

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000197



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 448

CUSTOMER NO: MYERS

WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 12/13/12 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00957327 | 12/12/12 | | 448 |

| QUANTITY REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | 6 | | SL-38-178-RC | REINFORCED FILTER ELEMENT | 36.40 | 218.40 |
| | | | | Invoice subtotal | | 218.40 |
| | | | | Freight charges | | 9.56 |
| | | | | Invoice total | | 227.96 |

A finance charge of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts.

*Thank You*

UF000198



UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

*CPR*

**United Filtration Systems, Inc**

# Packing Slip

**Phone: (586) 802-5561**
**Fax:    (586) 802-5562**
WEBSITE  AT:  www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com

Customer No.:  MYERS
Order No.:   448

Bill To:  **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To:  **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
VALENCIA, PA  16059

*THANK YOU FOR YOUR ORDER!*

SHIP DATE: 12/13/12

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 12/12/12 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|---|---|---|---|
| 00957327 | 12/12/12 | | 448 |

| Quantity Required | Shipped | B.O. | Item Number | Description |
|---|---|---|---|---|
| 6 | 6 | 0 | SL-38-178-RC | REINFORCED FILTER ELEMENT |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

*FRT*
*$7.56*

21x14x10/6#

UF000199

KK



**M** *Myers & Co., Inc.*
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

# PURCHASE ORDER

December 11, 2012 4:44 PM
PO Type:    O

448

| Order # | 00957327 |
|---|---|
| Order Date | 12/11/2012 |
| Due Date | 12/11/2012 |
| Page | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights        , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**                    VendFax:586-802-5562        Ph:    800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 12/11/2012 |

| Ln | Order Qty | Item # / Description | | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|---|
| X | 6 | SL-38-178-RC | | EACH | 36.40000 | $218.40  OK |
| | | REINFORCED FILTER ELEMENT | | | | |
| | | FOR 586-UHPC5V-RC HOUSING | | | | |

$5200·30%

Ship by 12/13/12
Thank You
Jennifer

**Order Total:**        $218.40  OK

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000200



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 6722

**CUSTOMER NO:** MYERS

## WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com

**BILL TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**
MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 07/05/12 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00956402 | 07/03/12 | | 6722 |

| QUANTITY REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4 | 4 | | 60-203-RC | REINFORCED COALESCING CARTRIDGE (EACH) | 16.80 | 67.20 |



|  |  |
|---|---|
| Invoice subtotal | 67.20 |
| Freight charges | 8.20 |
| Invoice total | 75.40 |

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000201



UNITED INT: TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO    *CPR*

## United Filtration Systems, Inc

# Packing Slip

**Phone: (586) 802-5561**
**Fax:  (586) 802-5562**

Customer No.: MYERS

Order No.:  6722

**WEBSITE AT: www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com**

Bill To:  MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

Ship To:  MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

### THANK YOU FOR YOUR ORDER!

SHIP DATE: 7/5/12

| Date | Ship Via | F.O.B | Terms |
|---|---|---|---|
| 07/03/12 | UPS GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|---|---|---|---|
| 00956402 | 07/03/12 | | 6722 |

| Quantity Required | Shipped | B.O. | Item Number | Description |
|---|---|---|---|---|
| 4 | 4 | 0 | 50-203-RC | REINFORCED COALESCING CARTRIDGE (EACH) |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

*$ 6.30*

UF000202

6702

# PURCHASE ORDER

July 3, 2012 10:01 AM
PO Type:   O

**M** Myers & Co., Inc.
121 Seventh Avenue
Valencia, PA 16059
Ph:  724-625-0003
Fx:  724-625-3077

| Order # | 00956402 |
|---|---|
| Order Date | 07/03/2012 |
| Due Date | 07/03/2012 |
| Page | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights       , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**              VendFax:586-802-5562      Ph:    800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| TRICIA SWANSON | NET 30 | UPS GROUND | 07/03/2012 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| X | 4 | 50-203-RC   50-203-RC | EACH | 16.80000 | $67.20 OK |
| | | REINFORCING COALESCING CARTRIDGE | | | |
| | | 95% removal of .01 micron liquids/solids | | | $2400-30% |

Reinforced Coalescing
Cartridge (each)

Ship by 7/5/12
Thank you
Jennifer

**Order Total:**        $67.20

*Please acknowledge receipt of Purchase Order with estimated ship dates*    OK

UF000203



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 7166

CUSTOMER NO: MYERS

## WEBSITE AT: www.unitedfiltration.com    E-MAIL:sales@unitedfiltration.com

**BILL TO:**

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|------|----------|--------|-------|
| 08/02/12 | UPS GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|------|------|------|------|
| 00956559 | 08/01/12 | | 7166 |

| QUANTITY REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|------|------|------|------|------|------|
| 4 | 4 | | 50-358-RC | REINFORCED COALESCING CARTRIDGE (EACH) | 21.70 | 86.80 |

| | |
|---|---|
| Invoice subtotal | 86.80 |
| Freight charges | 8.72 |
| Invoice total | 95.52 |

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000204

KM

CPR

UNITED INT: TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

## United Filtration Systems, Inc

# Packing Slip

**Phone: (586) 802-5561**
**Fax: (586) 802-5562**

Customer No.: MYERS

Order No.: 7166

**WEBSITE AT:** www.unitedfiltration.com **E-MAIL: sales@unitedfiltration.com**

Bill To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

Ship To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

## *THANK YOU FOR YOUR ORDER!*

SHIP DATE: 8/2/12

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 08/01/12 | UPS GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | Our Order Number |
|---|---|---|
| 00956559 | 08/01/12 | 7166 |

| Required | Quantity Shipped | B.O. | Item Number | Description |
|---|---|---|---|---|
| 4 | 4 | 0 | 50-356-RC | REINFORCED COALESCING CARTRIDGE (EACH) |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

2#

11X9X7

Frt 6.72

UF000205

# PURCHASE ORDER

**M** **Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

July 31, 2012 5:26 PM
PO Type:   O

| | |
|---|---|
| Order # | 00956559 |
| Order Date | 07/31/2012 |
| Due Date | 07/31/2012 |
| Page | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights     , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**         VendFax:586-802-5562     Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 07/31/2012 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| | 4 | U8-50-356-RC | EACH | 21.70000 | $86.80 |

REINFORCING COALESCING CARTRIDGE
95% removal of .01 micron liquids/solids
977718

*Reinforced Coalescing Cartridge (each)*

*net each*

*Ship by 8/3/12*
*Thank you*
*Jennifer*

**Order Total:**      $86.80

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000206



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com

# INVOICE 8512

CUSTOMER NO: MYERS



**WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com**

BILL TO:

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

SHIP TO:

KINGS COUNTY TRANSIT
ATTN: BOB JARVIS
828 WEST DAVIS ST
Hanford, CA 93230

| DATE | SHIP VIA | F.O.B. | | TERMS | |
|------|----------|--------|--|-------|--|
| 08/16/12 | UPS-RED | Origin | | Net 30 | |

| PURCHASE ORDER NUMBER | | ORDER DATE | SALESPERSON | | OUR ORDER NUMBER | |
|---|---|---|---|---|---|---|
| 00958852 | | 08/16/12 | | | 8512 | |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|--|--|-------------|-------------|------------|--------|
| REQUIRED | SHIPPED | B.O. | | | | |
| 2 | 2 | | | 586-UHPC5V-RC CARBON STEEL HOUSING | 456.40 | 912.80 |
| 2 | 2 | | | SL-38-178-RC REINFORCED FILTER ELEMENT | 36.40 | 72.80 |

| | | |
|--|--|--|
| Invoice subtotal | | 985.60 |
| Freight charges | | 328.52 |
| Invoice total | | 1314.12 |

12506W3015407051 9

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000207




UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

United ~~Filtration Systems~~                    ~~Packing Slip~~

## United Filtration Systems, Inc                    # Packing Slip

**Phone: (586) 802-5561**                          Customer No.:  MYERS
**Fax:    (586) 802-5562**                          Order No.:    8512
**WEBSITE  AT:  www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com**

Bill To:  MYERS & COMPANY, INC.          Ship To:  **KINGS COUNTY TRANSIT**
          121 SEVENTH AVENUE                        ATTN: BOB JARVIS
          Valencia, PA  16059                       626 WEST DAVIS ST
                                                    Hanford, CA  93230

*THANK YOU FOR YOUR ORDER!*                SHIP DATE: 8/16/12

| Date | Ship Via | F.O.B | Terms |
|---|---|---|---|
| 08/16/12 | UPS-RED | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|---|---|---|---|
| 00956652 | 08/16/12 | | 8512 |

| Quantity | | | Item Number | Description |
|---|---|---|---|---|
| Required | Shipped | B.O. | | |
| 2 | 2 | 0 | 586-UHPC5V-RC | CARBON STEEL HOUSING |
| 2 | 2 | 0 | SL-38-178-RC | REINFORCED FILTER ELEMENT |

Ins
$500
Frt
$326.52

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

01-5407.0519



5805

12×14



# Myers & Co., Inc.

**M** Myers & Co., Inc.
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

# PURCHASE ORDER

August 16, 2012 12:16 PM
PO Type:   D

| Order # | 00956652 |
|---|---|
| Order Date | 08/16/2012 |
| Due Date | 08/16/2012 |
| Page | 1 of 1 |

U-9009

**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights        , MI 48314

**SHIP TO:** KINGS COUNTY TRANSIT
ATTN:  BOB JARVIS
626 WEST DAVIS ST
HANFORD, CA 93230

**Confirmed With:**          VendFax:586-802-5562      Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| TRICIA SWANSON | NET 30 | UPS RED | 08/16/2012 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 2 | UF-586-UHPC5V-RC | EACH | 456.40000 | $912.80 |
| | | COALESCING FILTER | | | |
| | | Carbon Steel housing 5800PSIG | | | |
| | | 76-304-RC Coalescing cartridge | | | |
| | | 95% removal of .01 micron liquids/solids | | | |
| | | 977930 | | | |
| 2 | 2 | UF-SL-38-178-RC | EACH | 36.40000 | $72.80 |
| | | REINFORCED FILTER ELEMENT | | | |
| | | FOR 586-UHPC5V-RC HOUSING | | | |
| | | 977930 | | | |

652 - 30%

52 - 30%

RECEIVED
AUG 16 2012
BY:

Quote #QE0816T-A2

**Order Total:**          $985.60

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000209



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com



# INVOICE 8587

CUSTOMER NO: MYERS

**WEBSITE AT: www.unitedfiltration.com    E-MAIL: sales@unitedfiltration.com**

**BILL TO:**

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**

KNOX WESTERN
JOB# KW14198-9 & KW189-90-91
1111 BACON STREET
Erie, PA 16511

| DATE | SHIP VIA | F.O.B. | TERMS |
|------|----------|--------|-------|
| 08/24/12 | FREIGHT COLLECT | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00956676 | 08/22/12 | | 8587 |

| QUANTITY REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | 6 | | UHPC5V | CARBON STEEL HOUSING 586-UHPC5V-RC | 456.40 | 2738.40 |
| | | | | REF PO# 27678-00 | | |
| | | | | UPS GROUND COLLECT ACCT# 6F805W | | |

| | | |
|---|---|---|
| Invoice subtotal | | 2738.40 |
| Invoice total | | 2738.40 |

125065 W 30 354012015
125065 W 30 353896822

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000210



UNITED INT:  TI  RTS  DSR  PL  NP  NPB  FOH  FOD  FOA  FOJ  A  COC  COO

**United Filtration Systems, Inc**

# Packing Slip

**Phone: (586) 802-5561**
**Fax:   (586) 802-5562**
**WEBSITE AT:** www.unitedfiltration.com **E-MAIL:** sales@unitedfiltration.com

Customer No.:  MYERS
Order No.:   8587

Bill To:  **MYERS & COMPANY, INC.**
          121 SEVENTH AVENUE
          Valencia, PA  16059

Ship To:  **KNOX WESTERN**
          JOB# KW14198-9 & KW189-90-91
          1111 BACON STREET
          Erie, PA  16511

## *THANK YOU FOR YOUR ORDER!*

SHIP DATE: 8/24/12

| Date | Ship Via | F.O.B | Terms |
|------|----------|-------|-------|
| 08/22/12 | FREIGHT COLLECT | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|------|------|------|------|
| 00956676 | 08/22/12 | | 8587 |

| Quantity Required | Shipped | B/O | Item Number | Description |
|------|------|------|------|------|
| 6 | 6 | 0 | UHPC5V | CARBON STEEL HOUSING |

586-UHPC5V-RC

REF PO# 27678-00

UPS GROUND COLLECT
ACCT# 6F895W

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

Box 1
Ins $300    112 #
4pc    14x16x15

Box 2    60 #
Ins $50   23x14x6

UF00041

# PURCHASE ORDER

**M** **Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

August 21, 2012 11:55 AM
PO Type:  D

| Order # | 00956676 |
| Order Date | 08/21/2012 |
| Due Date | 08/21/2012 |
| Page | 1 of 1 |

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights          , MI 48314

**SHIP TO:** KNOX WESTERN WEST
1111 BACON STREET
JOB #KW14198-9 & KW189-90-91
ERIE, PA 16511

Confirmed With:                    VendFax:586-802-5562          Ph:     800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|-------|-------|----------|----------|
| JOHN NEIDIG | NET 30 | UPS GROUND | 08/21/2012 |
| | | 6F895W | |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|----|-----------|----------------------|-----|-----------|----------|
| X | 6 | UF-586-UHPC5V-RC | EACH | 456.40000 | $2,738.40  OK |
| | | COALESCING FILTER | | | |
| | | Carbon Steel housing, 5800PSIG | | | |
| | | 76-304-RC Coalescing cartridge | | | |
| | | 95% removal of .01 micron liquids/solids | | | |
| | | 974703 | | | |

$652⁰⁰ -30%

UHPC5V
⇒586-UHPC5V-RC

*I week delivery*
*Thank You*
*Jennifer*

***PLEASE REF PO #27678-00 ON PACK SLIP***          **Order Total:**          $2,738.40  OK

*Please acknowledge receipt of Purchase Order with estimated ship dates*



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com

 **8862**

CUSTOMER NO: MYERS

**WEBSITE AT: www.unitedfiltration.com  E-MAIL:sales@unitedfiltration.com**

BILL TO:

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

SHIP TO:

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|------|----------|--------|-------|
| 09/10/12 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|-----------------------|------------|-------------|------------------|
| 00956777 | 09/10/12 | | 8862 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|---------|------|-------------|-------------|------------|--------|
| REQUIRED | SHIPPED | B.O. | | | | |
| 4 | 4 | | 50-204-RC | REINFORCED COALESCING CARTRIDGE (EACH) | 16.80 | 67.20 |

|  |  |
|--|--|
| Invoice subtotal | 67.20 |
| Freight charges | 8.24 |
| Invoice total | 75.44 |

A finance charge of 1 1/2% per month which is an annual rate of 18% will be charged on all past due accounts.

*Thank You*

UF000213




**United Filtration Systems, Inc**

# Packing Slip

**Phone: (586) 802-5561**
**Fax:     (586) 802-5562**
WEBSITE AT: www.unitedfiltration.com E-MAIL: sales@unitedfiltration.com

Customer No.: MYERS
Order No.:  8862

Bill To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To: MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA  16059

*THANK YOU FOR YOUR ORDER!*

SHIP DATE: 9-10-12

| Date | Ship Via | F.O.B | Terms |
|------|----------|-------|-------|
| 09/10/12 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | | Our Order Number |
|-----------------------|---------------|--|------------------|
| 00956777 | 09/10/12 | | 8862 |

| Required | Quantity Shipped | B.O. | Item Number | Description |
|----------|------------------|------|-------------|-------------|
| 4 | 4 | 0 | 50-204-RC | REINFORED COALESCING CARTRIDGE (EACH) |

Frt
$ 6.24

**ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.**

12x8x6 / 1#

UF000214

 KK

 8862

# PURCHASE ORDER

September 7, 2012 2:29 PM
PO Type:   O

| | |
|---|---|
| **Order #** | 00956777 |
| **Order Date** | 09/07/2012 |
| **Due Date** | 09/07/2012 |
| **Page** | 1 of 1 |

**M Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

U-9009
**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights     , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**          VendFax:586-802-5562     Ph:    800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 09/07/2012 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| X | 4 | OK 50-203-RC  N/S 50-204-RC | EACH | 16.80000 | $67.20  OK |

REINFORCING COALESCING CARTRIDGE
95% removal of .01 micron liquids/solids

$2400-30%

*Reinforced Coalescing Cartridge (each)*

*For Future orders use P/N: 50-204-RC*

*Ship by 9/11/12*
*Thank you*
*Jennifer*

**Order Total:**          $67.20

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000215



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com

# INVOICE 9298

CUSTOMER NO: MYERS

## WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com

**BILL TO:**

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

**SHIP TO:**

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 10/05/12 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | | OUR ORDER NUMBER |
|---|---|---|---|---|
| 00956958 | 10/04/12 | | | 9298 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| REQUIRED | SHIPPED | B.O. | | | | |
| 2 | 2 | | UHPC5V | CARBON STEEL HOUSING 586-UHPC5V-RC (EACH) | 456.40 | 912.80 |

|  |  |
|---|---|
| Invoice subtotal | 912.80 |
| Freight charges | 26.62 |
| Invoice total | 939.42 |

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000216



UNITED INT:  TI   RTS   DSR   PL   NP   NPB   FOH   FOD   FOA   FOJ   A   COC   COO



## United Filtration Systems, Inc

**Phone:** (586) 802-5561
**Fax:** (586) 802-5562
**WEBSITE AT:** www.unitedfiltration.com **E-MAIL:** sales@unitedfiltration.com

# Packing Slip

Customer No.: MYERS
Order No.:   9298

Bill To:  **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
Valencia, PA  16059

Ship To:  **MYERS & COMPANY, INC.**
121 SEVENTH AVENUE
VALENCIA, PA  16059

## THANK YOU FOR YOUR ORDER!

SHIP DATE: 10-5-12

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/04/12 | UPS-GROUND | Origin | Net 30 |

| Purchase Order Number | Required Date | Our Order Number |
|---|---|---|
| 00956958 | 10/04/12 | 9298 |

| Required | Quantity Shipped | B.O. | Item Number | Description |
|---|---|---|---|---|
| 2 | 2 | 0 | UHPC5V | CARBON STEEL HOUSING 586-UHPC5V-RC (EACH) |

ALL DISCREPANCIES OR DAMAGES MUST BE REPORTED IMMEDIATELY.

Ms $450
Frt $ 24.62

16×16×8 / 58#
UF000217

*9 298*  *emailed*

# PURCHASE ORDER

**M** **Myers & Co., Inc.**
121 Seventh Avenue
Valencia, PA 16059
Ph: 724-625-0003
Fx: 724-625-3077

October 4, 2012 3:00 PM
PO Type:    O

| | |
|---|---|
| **Order #** | 00956958 |
| **Order Date** | 10/04/2012 |
| **Due Date** | 10/04/2012 |
| **Page** | 1 of 1 |

U-9009

**TO:** United Filtration Systems Inc
6558 Diplomat Drive

Sterling Heights      , MI 48314

**SHIP TO:** MYERS & CO.,INC.
121 SEVENTH AVENUE

VALENCIA, PA 16059

**Confirmed With:**          VendFax:586-802-5562     Ph:   800-311-5561

| Buyer | Terms | Ship Via | Due Date |
|---|---|---|---|
| JOHN NEIDIG | NET 30 | UPS GROUND | 10/04/2012 |

| Ln | Order Qty | Item # / Description | U/M | Unit Cost | Ext Cost |
|---|---|---|---|---|---|
| 1 | 2 | UF-586-UHPC5V-RC<br>COALESCING FILTER<br>Carbon Steel housing, 5800PSIG<br>76-304-RC Coalescing cartridge<br>95% removal of .01 micron liquids/solids | EACH | 456.40000 | $912.80 |

~~$652.00~~
$652.00
-30%

UHPC5V

=> 586-UHPC5V-RC

Ship by 10/8/12

**Order Total:**          $912.80

*Please acknowledge receipt of Purchase Order with estimated ship dates*

UF000218



**UNITED FILTRATION SYSTEMS, INC.**
6558 DIPLOMAT DRIVE
STERLING HEIGHTS, MI 48314-1420
PHONE: (586) 802-5561
FAX: (586) 802-5562
www.unitedfiltration.com

# INVOICE 9338

CUSTOMER NO: MYERS



## WEBSITE AT: www.unitedfiltration.com   E-MAIL:sales@unitedfiltration.com

BILL TO:

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
Valencia, PA 16059

SHIP TO:

MYERS & COMPANY, INC.
121 SEVENTH AVENUE
VALENCIA, PA 16059

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 10/11/12 | UPS-GROUND | Origin | Net 30 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 00956983 | 10/08/12 | | 9338 |

| QUANTITY REQUIRED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3 | 3 | | 588-UHPC5V-RC CARBON STEEL FILTER HOUSING | | 456.40 | 1369.20 |
| 3 | 2 | 1 | SL-38-178-RC REINFORCED FILTER ELEMENT | | 36.40 | 72.80 |

|  |  |
|---|---|
| Invoice subtotal | 1442.00 |
| Freight charges | 51.69 |
| Invoice total | 1493.69 |

A finance charge of 1 1/2% per month which is an annual
rate of 18% will be charged on all past due accounts.

*Thank You*

UF000219